No. 97–5674. VASQUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5675. TREVINO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5680. SMITH v. VALDEZ, ASSOCIATE WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–5681. COLE, FKA HEBERT v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–5683. GONZALEZ, AKA GONZALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5686. SMITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5687. ROUNSAVALL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5690. QUINTANILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5692. WRIGHT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–5701. PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5702. PORTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5705. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5706. BARNES v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 97–5708. MENDEZ-VERDEJO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5710. PATTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5711. SCOTT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.